

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jane Ann Walker Alvizo, Appellant

No. 06-22-00025-CV          v.

Andy Walker, Appellee

Appeal from the County Court at Law of Fannin County, Texas (Tr. Ct. No. CV-2020-7713). Memorandum Opinion delivered by Justice Morriss,* Chief Justice Stevens and Justice van Cleef participating. *Chief Justice Morriss, III, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Jane Ann Walker Alvizo, pay all costs incurred by reason of this appeal.

RENDERED JANUARY 5, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk